| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No.: 206238-6<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY1 | |
| In Re:<br><br>Daniel Alvarez<br><br>Address: 24 Grist Mill Lane, Upper Saddle River, NJ 07458<br><br>Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s)., (if any): 0187 | Case No.: 19-14653-VFP<br>Chapter 7<br><br>Hearing Date: May 21, 2019<br>Time: 10:00 a.m.<br><br><br><br>Judge: Vincent F Papalia |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY1, has filed papers with the court for Relief from the Automatic Stay.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **May 14, 2019** you or your attorney must:

File with the court a written response for a hearing {or, *if the court requires a written response*, an answer, explaining your position} at:

> United States Bankruptcy Court
> 50 Walnut Street
> Martin Luther King, Jr. Federal Building
> Newark, NJ 07102

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also send a copy to:

> Andrew M. Lubin, Esquire
> Milstead & Associates, LLC
> 1 E. Stow Road
> Marlton, NJ 08053
> Phone No.:(856) 482-1400
> Fax No.:(856) 482-9190

> Marie-Ann Greenberg
> Chapter 13 Standing Trustee
> 30 Two Bridges Road
> Suite 330
> Fairfield, NJ 07004

Attend the hearing scheduled to be held on May 21, 2019, at 10:00 a.m. in Courtroom 3B at United States Bankruptcy Court, 50 Walnut Street, Martin Luther King, Jr. Federal Building, Newark, NJ 07102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.

Respectfully Submitted,
MILSTEAD & ASSOCIATES, LLC

Dated: April 29, 2019

/s/Andrew M. Lubin
Andrew M. Lubin, Esquire
1 E. Stow Road
Marlton, NJ 08053
Attorneys for Movant